## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:16CR205 |
| vs. | ) | |
| STACY ALLEN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [42]. The parties need additional time to conduct plea negotiations. The defendant agrees to the motion and understands the additional time will be excluded from the Speedy Trial Act computations. For that reason,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set January 16, 2018, is continued to **February 20, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 20, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 10, 2018.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**